# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Trustees of the Chicago Painters and Decorators Pension Welfare, Savings, Apprenticeship, Scholarship and Joint Cooperation Trust Funds, <br>            Plaintiff, <br> V. <br> Drywall Systems Residential, Inc., <br>            Defendants, | FILED: APRIL 28, 2008 <br> 08 CV 2406   JH <br> JUDGE LEFKOW <br> MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |  |
|---|---|
| ANTHONY B. SANDERS |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>  s/Anthony B. Sanders |  |
| FIRM <br> ARNOLD AND KADJAN |  |
| STREET ADDRESS <br> 19 WEST JACKSON BLVD. |  |
| CITY/STATE/ZIP <br> CHICAGO, IL. 60604 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278133 | TELEPHONE NUMBER <br> (312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES ☐     NO ☑ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?      YES ☐     NO ☑ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ☐     NO ☑ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?      YES ☐     NO ☑ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br>  RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ ||