## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV2406

Assigned/Issued By: J. N.

Judge Name: LEFKOW

Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

**Amount Due:**   ☑ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350 _____        Receipt #: 2730814 _____

Date Payment Rec'd: 4/28/08 _____        Fiscal Clerk: J. N. _____

---

### ISSUANCES

☑ Summons                    ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets            *(Victim, Against and $ Amount)*

☐ Writ _____        ☐ Other
  *(Type of Writ)*                _____
                                  *(Type of issuance)*

1 ____ Original and 0 _____ copies on 4-28-08 _____ as to DEFENDANT _____
                          *(Date)*

_____

_____