IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> DRYWALL SYSTEMS RESIDENTIAL, INC., an Illinois corporation, <br> Defendant. | 08 C 2406 <br><br> Judge Lefkow <br><br> Magistrate Judge Nolan |

**PLAINTIFFS' MOTION FOR ORDER OF DEFAULT AND FOR JUDGMENT IN A SUM CERTAIN**

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, ANTHONY B. SANDERS, and ARNOLD AND KADJAN, move this Court to enter an order of default against the defendant and judgment in favor of Plaintiffs. In support of their Motion, the Plaintiffs state as follows:

1. The defendant was personally served with the Summons and Complaint on June 20, 2008, and the summons was filed with Clerk of the Court on June 23, 2008.

2. More than twenty days have passed since service of process, and the defendant has not served an answer or any other responsive pleading.

3. According to the Affidavit of Angela Gunder, attached hereto as Exhibit 1, the defendant owes Plaintiffs the amount of $80,832.32 for contributions and liquidated damages owed by defendant for the work months from July through September 2007.

4. Despite repeated requests, the defendant has not paid these amounts in full and has declined to enter into an installment payment plan.

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

A.   Enter an order of default against the defendant; and

B.   Enter final judgment in favor of Plaintiffs and against the defendant in the amount of $80,932.32 ( A proposed judgment order is attached as Exhibit 2).

Respectfully submitted,

S/James R. Anderson

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
19 West Jackson Blvd.
Chicago, IL 60604
(312)236-0415

# Exhibit 1

Case 1:08-cv-02406   Document 12-2   Filed 08/14/2008   Page 1 of 10

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, ) ) ) Plaintiffs, ) ) vs. ) ) DRYWALL SYSTEMS RESIDENTIAL, INC., ) an Illinois corporation, ) ) Defendants. ) | 08 C 2406 Judge Lefkow Magistrate Judge Nolan |

**AFFIDAVIT OF ANGELA GUNDER**

ANGELA GUNDER. upon being first duly sworn on oath, deposes and states as follows:

1. I am an employee of OBA MIDWEST, LTD, which is the Third-Party Administrator for the Plaintiffs, Trustees of the Chicago Painters and Decorators Funds.

2. As part of my duties, I monitor the submission and payment of monthly remittance reports from employers that are signatory to a contract with the Painters' District Council No. 14, and that are required to remit monthly contributions to the Funds.

3. According to records maintained in the ordinary course of business, the employer DRYWALL SYTEMS RESIDENTIAL, INC. ("DRYWALL SYSTEMS") became signatory to the Collective Bargaining Agreement on or about July 3, 1995.

4. DRYWALL SYSTEMS submitted reports to fund attorneys for the work months of July 2007 through September, 2007. Liquidated damages are owed on contribution reports which are not paid on time, and the July through September, 2007 reports were not paid on time. The total amount owed on those reports was $90,009.59. which included liquidated damages, lpc, and dues checkoff. A copy of the reports is attached as Group Exhibit A.

5. DRYWALL SYSTEMS has paid $9,077.27 of this amount, which leaves a balance of $80,032.32 that remains unpaid.

6. The total amount due and owing by DRYWALL SYSTEMS for the work months of July through September, 2007 reports is $80,932.32.

7. I am competent to testify to the truth of the foregoing statements.

*Angela Gunder*

Angela Gunder

Subscribed to and sworn before me this 22 day July 2008.

*Julie A Tate*

NOTARY PUBLIC

OFFICIAL SEAL
JULIE A TATE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/10

## DRYWALL SYSTEMS: JULY, 2007-SEPTEMBER, 2007

| Month | benefits | lpc | dues |
|---|---|---|---|
| July | 12,938.67 | 41.55 | 571.36 |
|  | 16,666.24 | 52.70 | 746.03 |
| August | 10,291.77 | 33.05 | 437.26 |
|  | 18,191.64 | 57.90 | 813.16 |
| September | 4,499.73 | 14.45 | 203.48 |
|  | 12,582.38 | 40.08 | 552.58 |
| Subtotal | 75,170.43 | 239.73 | 3,323.87 |
| late fee | 11,275.56 | | |
| lpc | 239.73 | | |
| dues | 3,323.87 | | |
| TOTAL | **$90,009.59** | | |

| | | |
|---|---|---|
| (239.73) | PAID SEPARATELY | LPC |
| (3,323.87) | PAID SEPARATELY | DUES |
| (5,513.67) | PAID SEPARATELY | SAVINGS FUND, PLUS LATE FEES, SAVINGS FUND |

**$80,932.32**

OBA MIDWEST    Fax:630-789-2763    Jul 22 2008 15:31    P.06
FROM                                          (MON) JUL 21 2008 11:50/ST. 11:49/No. 7500000892 P 6
OCT-24-2007 12:45P FROM:DRYWALL SYSTEMS RESI 8154597004    TO:13123410438    P.2

# CHICAGO PAINTERS AND DECORATORS

WELFARE - PENSION - DEFERRED SAVINGS - J.A.T.C. - I.A.F. - SCHOLARSHIP - J.C.T.F. - PAINTERS' DISTRICT COUNCIL #14 DUES CHECK-OFF

1000 BURR RIDGE PARKWAY • SUITE 200 • BURR RIDGE, IL 60527 • 630-960-5572  630-960-5572

DRYWALL SYSTEMS RESIDENT'L INC
471 JENNINGS DRIVE
UNIT B
LAKE IN HILLS, IL 60102-1660

TO THE EMPLOYER: LISTED BELOW ARE THE NAMES AND SOCIAL SECURITY NUMBERS OF YOUR EMPLOYEES COVERED BY YOUR COLLECTIVE BARGAINING AGREEMENT WITH DISTRICT COUNCIL NO. 14. IF ANY OF THE EMPLOYEES LISTED BELOW ARE NO LONGER IN YOUR EMPLO PLEASE SHOW "TERM" IN THE HOUR COLUMN.
IF YOU HAVE EMPLOYEES COVERED BY THE COLLECTIVE BARGAINING AGREEMENT WHO ARE NO LISTED BELOW, PLEASE ADD THEIR NAMES AND SOCIAL SECURITY NUMBERS TO THE LIST AN INDICATE THEIR HOURS WORKED

PHONE NO. (815) 459-7001    ACCOUNT NO. 23887    1

| EMPLOYEE'S NAME | LOCAL UNION | SOCIAL SECURITY NO. | TOTAL HOURS CURRENT MONTH | GROSS WAGES | PERIOD ENDING FOR THIS RE |
|---|---|---|---|---|---|
| DELGADO RAFAEL | 521 | 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 | 121 | 4283.40 | Month 07  31  20 |
| MUNIZ, JR. JAVIER | 194 | 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 | 85 | 3009.00 | |
| OLIVA ANNER ROEL | 521 | 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 | 87 | 3079.80 | |
| OLIVA CESAR A. | 180 | 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 | 103 | 3646.20 | |
| SALGADO EFRAIN | 875 | 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 | 122 | 4318.80 | |
| SALGADO HERNESTO | 875 | 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 | 69 | 2442.60 | |
| SANTOS LUIS | 191 | 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 | 120 | 3378.40 | |
| Oliva, Luis | | | | | |
| Oliva, Julio | 521 | 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 | 46 | 1628.40 | |
| Borar, Apolinario | 521 | 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 | 46 | 1628.40 | |
| | 521 | 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 | 32 | 1132.80 | |

Luis Santos App
No School Hours Reported.

IMPORTANT
USE "P" FORM FOR PAINTER
USE "T" FORM FOR TAPERS
USE "93" FORM FOR LOCAL
USE "W" FORM FOR WOODFINIS
USE "S" FORM FOR SIGN PAINT

This Report must reflect all hours worked, both regular and overtime, during the reported. Submit to Fund Offi or before the 20th day of th month

Social Security num shown must be corre

IF NO EMPLOYEES WOR DURING THIS MONTH MARK NONE

☐ NONE

TOTAL HOURS THIS REPORT    831    28567.80

Mail checks to: Chicago Painters & Decorators Funds • 3182 Payesphere Circle • Chicago, Illinois 60674-3182
**NOTE: LEGAL REQUIREMENTS MAKE NECESSARY SEPARATE CHECKS FOR EACH FUND.**

| | HOURS | RATE | TOTAL |
|---|---|---|---|
| CHICAGO PAINTERS AND DECORATORS WELFARE FUND | 831 @ | 6.550 per hour | 5443.05 |
| CHICAGO PAINTERS AND DECORATORS PENSION FUND | 831 @ | 7.400 per hour | 6149.40 |
| CHICAGO PAINTERS AND DECORATORS SAVINGS FUND | 831 @ | 1.000 per hour | 831.00 |
| CHICAGO DRYWALL FINISHERS APPREN. TRAINING COMMITTEE | 831 @ | .510 per hour | 423.81 |
| CHICAGO DRYWALL FINISHERS INDUSTRY ADVANCEMENT FUND | 831 @ | .030 per hour | 24.93 |
| CHICAGO DRYWALL EDUCATION & SCHOLARSHIP FUND | 831 @ | .030 per hour | 24.93 |
| GYPSUM DRYWALL TAPERS COOPERATION TRUST FUND | 831 @ | .050 per hour | 41.55 |
| L.P.C. LOCAL POLITICAL COMMITTEE | 831 @ | .050 $.05 per hour | 41.55 |
| PAINTERS DISTRICT COUNCIL #14 DUES CHECK-OFF | Total Gross Wages 28567.80 | 2.000 x 2% Rate | Gross Wages Total 571.36 |

PLEASE MAKE CHECKS PAYABLE TO EACH FUND SEPARATELY

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all workmen in his employ represented for collect bargaining by Painters District Council No. 14 and its constituent locals. In addition, the employer hereby agrees to be bound by the terms of the current Collective Bargaining Agreement execut between Painters District Council No. 14, and the relevant Multi-Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust Agreement gover ing the Chicago Painters and Decorators Welfare, Pension, Deferred Savings, Joint Apprentice, Industry Advancement, Scholarship and Joint Cooperation Trust Funds, and accepts all of the ter thereof with the intention of providing benefits to his workmen.

PLEASE BE SURE TO SIGN THIS REPORT   BY _[signature]_    DATE  8-1-2007

# CHICAGO PAINTERS AND DECORATORS

WELFARE · PENSION · DEFERRED SAVINGS · J.A.T.C. · I.A.F. · SCHOLARSHIP · J.C.T.F. · PAINTERS' DISTRICT COUNCIL #14 DUES CHECK-OFF

1000 BURR RIDGE PARKWAY · SUITE 200 · BURR RIDGE, IL 60527 · 630-980-5572
1-630-960-5572

DRYWALL SYSTEMS REDONE, INC.
471 JENNINGS DRIVE
UNIT B
LAKE IN HILLS, IL 60156

TO THE EMPLOYER: LISTED BELOW ARE THE NAMES AND SOCIAL SECURITY NUMBERS OF YOUR EMPLOYEES COVERED BY YOUR COLLECTIVE BARGAINING AGREEMENT WITH DISTRICT COUNCIL NO. 14. IF ANY OF THE EMPLOYEES LISTED BELOW ARE NO LONGER IN YOUR EMPLOY PLEASE SHOW "TERM" IN THE HOUR COLUMN.
IF YOU HAVE EMPLOYEES COVERED BY THE COLLECTIVE BARGAINING AGREEMENT WHO ARE NOT LISTED BELOW, PLEASE ADD THEIR NAMES AND SOCIAL SECURITY NUMBERS TO THE LIST AND INDICATE THEIR HOURS WORKED

PHONE NO. (815) 459-7001    ACCOUNT NO. 23480

| EMPLOYEE'S NAME | LOCAL UNION | SOCIAL SECURITY NO. | TOTAL HOURS CURRENT MONTH | GROSS WAGES | PERIOD ENDING |
|---|---|---|---|---|---|
| AZARELA RYAN | 521 | 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 | 100 (12) | 2725.80 | Month 07 Day 31 |
| BUHL SEAN R. | 275 | 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 | 97.5 | 3451.50 | |
| CAGLE SHANE | 147 | 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 | 134 | 5011.60 | |
| KRANZ MARK A. | 194 | 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 | 135 | 5049.00 | |
| LISTMAN RAYMOND | 194 | 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 | 97.5 | 3451.50 | |
| LISTMAN RONALD J. | 194 | 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 | 133 | 4974.20 | |
| VAZQUEZ EDWIN | 863 | 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 | 140 | 4956.00 | |
| Portzen, Darryl | 191 | 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 | 104 | 3681.60 | |
| Carlson, Michael | 521 | 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 | 113 | 4000.20 | |

Ryan Azarela, School
7/17 8 HRS out of 29 = 6 HRS 3/4 ratio
7/24 8 HRS out of 32 = 6 HRS 3/4 Ratio

VERY IMPORTANT:
USE "P" FORM FOR PAINTER
USE "T" FORM FOR TAPER
USE "J" FORM FOR LOCAL
USE "W" FORM FOR WOODFINI
USE "S" FORM FOR SIGN PAIN

This Report must reflect all hours worked, both regular and overtime, during the reported Submit to Fund Office before the 20th day of the month.

Social Security numbers shown must be correct

IF NO EMPLOYEES WORK DURING THIS MONTH MARK NONE

TOTAL HOURS THIS REPORT: 1054 (12)    37301.40

Mail checks to: Chicago Painters & Decorators Funds · 3182 Paysphere Circle · Chicago, Illinois 60674-3182
NOTE: LEGAL REQUIREMENTS MAKE NECESSARY SEPARATE CHECKS FOR EACH FUND.

|  | HOURS | RATE | TOTAL |
|---|---|---|---|
| CHICAGO PAINTERS AND DECORATORS WELFARE FUND | 1066 | 6.550 per hour | 6982.30 |
| CHICAGO PAINTERS AND DECORATORS PENSION FUND | 1066 | 7.400 per hour | 7888.40 |
| CHICAGO PAINTERS AND DECORATORS SAVINGS FUND | 1054.00 | 1.000 per hour | 1054.00 |
| CHICAGO PAINTERS AND DECORATORS JATC FUND | 1066 | .520 per hour | 554.32 |
| INDUSTRY ADVANCEMENT FUND | 1066 | .110 per hour | 117.26 |
| CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND | 1066 | .050 per hour | 53.30 |
| JOINT COOPERATION TRUST FUND | 1066 | .010 per hour | 10.66 |
| L.P.C. LOCAL POLITICAL COMMITTEE | 1054 | .05 $.05 per hour | 52.70 |
| PAINTERS DISTRICT COUNCIL #14 DUES CHECK-OFF | Total Gross Wages 37301.40 | 2.00% Gross Wages Total x 2% Rate | 746.03 |

PLEASE MAKE CHECKS PAYABLE TO EACH FUND SEPARATELY

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all workmen in its employ represented for collective bargaining by Painters District Council No. 14 and its constituent locals. In addition, the employer hereby agrees to be bound to the terms of the current Collective Bargaining Agreement between Painters District Council No. 14 and the relevant Multi-Employer Associations. Further, the undersigned employer expressly accepts and agrees to be bound by the Trust Agreement governing the Chicago Painters and Decorators Welfare, Pension, Deferred Savings, Joint Apprentice, Industry Advancement, Scholarship and Joint Cooperation Trust Funds, and accepts all of the terms thereof with the intention of providing benefits to its workmen.

PLEASE BE SURE TO SIGN THIS REPORT    BY _Wendy Portzen_    DATE 8-6-07

# CHICAGO PAINTERS AND DECORATORS

WELFARE – PENSION – DEFERRED SAVINGS – J.A.T.C. – I.A.F. – SCHOLARSHIP – J.C.T.F. – PAINTERS' DISTRICT COUNCIL #14 DUES CHECK-OF

1000 BURR RIDGE PARKWAY • SUITE 200 • BURR RIDGE, IL 60527 • 630-980-5572

1-630-980-5572

DRYWALL SYSTEMS RESIDN'TL INC.
471 JENNINGS DRIVE
UNIT B
LAKE IN HILLS, IL 60156

TO THE EMPLOYER: LISTED BELOW ARE THE NAMES AND SOCIAL SECURITY NUMBERS YOUR EMPLOYEES COVERED BY YOUR COLLECTIVE BARGAINING AGREEMENT WITH DIST COUNCIL NO. 14. IF ANY OF THE EMPLOYEES LISTED BELOW ARE NO LONGER IN YOUR EMP PLEASE SHOW "TERM" IN THE HOUR COLUMN.
IF YOU HAVE EMPLOYEES COVERED BY THE COLLECTIVE BARGAINING AGREEMENT WHO ARE LISTED BELOW, PLEASE ADD THEIR NAMES AND SOCIAL SECURITY NUMBERS TO THE LIST INDICATE THEIR HOURS WORKED

PHONE NO. (815) 459-7001    ACCOUNT NO.

| EMPLOYEE'S NAME | LOCAL UNION | SOCIAL SECURITY NO. | TOTAL HOURS CURRENT MONTH | GROSS WAGES | PERIOD ENDING FOR THIS |
|---|---|---|---|---|---|
| AZARELA RYAN | 521 | 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 | 105 | 2416.05 | Month  Day |
| BOHL SEAN R. | 273 | 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 | 120.5 | 4265.70 |  |
| CABLE SHANE | 147 | 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 | 167 | 6245.80 |  |
| KRANZ MARK A. | 194 | 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 | 182 | 6806.80 |  |
| LISTMAN RAYMOND | 194 | 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 | 92 | 3256.80 |  |
| LISTMAN RONALD J. | 194 | 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 | 134 | 5011.60 |  |
| VAZQUEZ EDWIN | 863 | 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 | 130.50 | 4619.70 |  |
| Portzen, Darryl | 194 | 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 | 104 | 3681.60 |  |
| Carlson, Michael | 521 | 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 | 123 | 4354.20 |  |

School
Ryan AZARELA
WE 8/3    8/24 HRS @    @ 3 HRS
8/10    8/20 HRS @    2.5 HRS
5.5 HRS

VERY IMPORTANT
USE "P" FORM FOR PAINT
USE "T" FORM FOR TAPI
USE "SJ" FORM FOR LOC.
USE "W" FORM FOR WOOD
USE "S" FORM FOR SIGN P

This Report must reflect hours worked, both reg and overtime, during th reported. Submit to Fund or before the 20th day of month

Social Security nu shown must be co

IF NO EMPLOYEES DURING THIS M MARK HERE

TOTAL HOURS THIS REPORT    1158.00    40658.25

Mail checks to: Chicago Painters & Decorators Funds • 3182 Paysphere Circle • Chicago, Illinois 60674-318:
**NOTE: LEGAL REQUIREMENTS MAKE NECESSARY SEPARATE CHECKS FOR EACH FUND.**

| | HOURS | RATE | TOTAL |
|---|---|---|---|
| CHICAGO PAINTERS AND DECORATORS WELFARE FUND | 1163.5 @ | 6.550 per hour | 7620.93 |
| CHICAGO PAINTERS AND DECORATORS PENSION FUND | 1163.5 @ | 7.400 per hour | 8609.90 |
| CHICAGO PAINTERS AND DECORATORS SAVINGS FUND | 1158.00 @ | 1.000 per hour | 1158.00 |
| CHICAGO PAINTERS AND DECORATORS J.A.T.C. FUND | 1163.5 @ | .520 per hour | 605.02 |
| INDUSTRY ADVANCEMENT FUND | 1163.5 @ | .110 per hour | 127.99 |
| CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND | 1163.5 @ | .050 per hour | 58.18 |
| JOINT COOPERATION TRUST FUND | 1163.5 @ | .010 per hour | 11.64 |
| L.P.C. LOCAL POLITICAL COMMITTEE | 1158.00 @ | .050 .05 per hour | 57.90 |
| PAINTERS DISTRICT COUNCIL #14 DUES CHECK-OFF | Total Gross Wages 40657.25 | 2.000 x 2% Rate Gross Wages Total | 813.16 |

PLEASE MAKE CHECKS PAYABLE TO EACH FUND SEPARATELY

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all workmen in its employ represented for coll bargaining by Painters District Council No. 14 and its constituent locals. In addition, the employer hereby agrees to be bound to the terms of the current Collective Bargaining Agreement between Painters District Council No. 14 and the relevant Multi-Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound to the Trust Agreement g ing the Chicago Painters and Decorators Welfare, Pension, Deferred Savings, Joint Apprentice, Industry Advancement, Scholarship and Joint Cooperation Trust Funds, and accepts all of the thereof with the intention of providing benefits to its workmen.

PLEASE BE SURE TO SIGN THIS REPORT    BY Wendy S. ___    DATE 9/6/2007

FROM : OBA MIDWEST    Fax:630-789-2763    JUL 22 2008 15:32    P.09
(MON) JUL 21 2008 11:51/ST. 11:49/No. 7500000892 P 9
OCT-24-2007 12:46P FROM:DRYWALL SYSTEMS RESI 8154597004    TO:13123410438    P.5

## CHICAGO PAINTERS AND DECORATORS

WELFARE - PENSION - DEFERRED SAVINGS - J.A.T.C. - I.A.F. - SCHOLARSHIP - J.C.T.F. - PAINTERS' DISTRICT COUNCIL #14 DUES CHECK-OF
1000 BURR RIDGE PARKWAY • SUITE 200 • BURR RIDGE, IL 60527 • 630-960-5572

DRYWALL SYSTEMS RESIDENT'L INC
471 JENNINGS DRIVE
UNIT G
LAKE IN HILLS, IL 60102-1660

TO THE EMPLOYER LISTED BELOW ARE THE NAMES AND SOCIAL SECURITY NUMBERS
YOUR EMPLOYEES COVERED BY YOUR COLLECTIVE BARGAINING AGREEMENT WITH DIST
COUNCIL NO 14 IF ANY OF THE EMPLOYEES LISTED BELOW ARE NO LONGER IN YOUR EM
PLEASE SHOW "TERM" IN THE HOUR COLUMN.
IF YOU HAVE EMPLOYEES COVERED BY THE COLLECTIVE BARGAINING AGREEMENT WHO ARE
LISTED BELOW, PLEASE ADD THEIR NAMES AND SOCIAL SECURITY NUMBERS TO THE LIST
INDICATE THEIR HOURS WORKED.

PHONE NO. (815) 459-7001    ACCOUNT NO 23081

| EMPLOYEE'S NAME | LOCAL UNION | SOCIAL SECURITY NO. | TOTAL HOURS CURRENT MONTH | GROSS WAGES | PERIOD ENDING FOR THIS |
|---|---|---|---|---|---|
| DELGADO RAFAEL | 521 | 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 | 129 | 4425.00 | 31 |
| MUNIZ, JR. JAVIER | 194 | 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 | 70 | 2478.00 | |
| OLIVA ANNER ROEL | 521 | 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 | 78 | 2761.20 | |
| OLIVA CESAR A. | 180 | 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 | 78 (25W) | 1876.20 | |
| SALGADO EFRAIN | 275 | 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 | 80 | 2838.00 | |
| SALGADO HERNESTO | 275 | 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 | 125 | 4425.00 | |
| SANTOS LUIS | 191 | 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 | 92 | 2605.44 | |
| Oliva, Luis | 521 | 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 | 13 | 460.20 | |

0 School Hours Reported

VERY IMPORTAN
USE "P" FORM FOR PAI
USE "T" FORM FOR TAP
USE "D" FORM FOR LOC
USE "W" FORM FOR WOODFI
USE "S" FORM FOR SIGN PA

This Report must reflect
hours worked, both regu
and overtime, during th
reported. Submit to Fund
or before the 20th day of
month

Social Security nu
shown must be co

IF NO EMPLOYEES W
DURING THIS MON
MARK NONE

☐ NONE

TOTAL HOURS THIS REPORT  661   21863.04

Mail checks to: Chicago Painters & Decorators Funds • 3182 Paysphere Circle • Chicago, Illinois 60674-3182
**NOTE: LEGAL REQUIREMENTS MAKE NECESSARY SEPARATE CHECKS FOR EACH FUND.**

| | HOURS | RATE | TOTAL |
|---|---|---|---|
| CHICAGO PAINTERS AND DECORATORS WELFARE FUND | 661 @ | 6.550 per hour | 4329.55 |
| CHICAGO PAINTERS AND DECORATORS PENSION FUND | 661 @ | 7.400 per hour | 4891.40 |
| CHICAGO PAINTERS AND DECORATORS SAVINGS FUND | 661 @ | 1.000 per hour | 661.00 |
| CHICAGO DRYWALL FINISHERS APPREN. TRAINING COMMITTEE | 661 @ | .510 per hour | 337.11 |
| CHICAGO DRYWALL FINISHERS INDUSTRY ADVANCEMENT FUND | 661 @ | .030 per hour | 19.83 |
| CHICAGO DRYWALL EDUCATION & SCHOLARSHIP FUND | 661 @ | .030 per hour | 19.83 |
| GYPSUM DRYWALL TAPERS COOPERATION TRUST FUND | 661 @ | .050 per hour | 33.05 |
| L.P.C. LOCAL POLITICAL COMMITTEE | 661 @ | .050 $.05 per hour | 33.05 |
| PAINTERS DISTRICT COUNCIL #14 DUES CHECK-OFF | Total Gross Wages 21863.04 | 2.000 Gross Wages Total x 2% Rate | 437.26 |

PLEASE MAKE CHECKS PAYABLE TO EACH FUND SEPARATELY

EMPLOYER'S WARRANTY AND ACCEPTANCE. The undersigned employer hereby warrants that this report accurately states all hours worked by all workmen in its employ represented for col
bargaining by Painters District Council No. 14 and its constituent locals. In addition, the employer hereby agrees to be bound by the terms of the current Collective Bargaining Agreement exe
between Painters District Council No. 14, and the relevant Multi-Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust Agreement go
ing the Chicago Painters and Decorators Welfare, Pension, Deferred Savings, Joint Apprentice, Industry Advancement, Scholarship and Joint Cooperation Trust Funds, and accepts all of the
thereof with the intention of providing benefits to its workmen.

PLEASE BE SURE TO SIGN THIS REPORT   BY [signature]   DATE 9/6/2007

# CHICAGO PAINTERS AND DECORATORS

WELFARE · PENSION · DEFERRED SAVINGS · J.A.T.C. · I.A.F. · SCHOLARSHIP · J.C.T.F. · PAINTERS' DISTRICT COUNCIL #14 DUES CHECK-OFF

1000 BURR RIDGE PARKWAY · SUITE 200 · BURR RIDGE, IL 60527 · 630-880-5572  630 960 55__

DRYWALL SYSTEMS RESIDENT'L INC.
471 JENNINGS DRIVE
LAKE IN THE HILLS, IL 60102

TO THE EMPLOYER LISTED BELOW ARE THE NAMES AND SOCIAL SECURITY NUMBERS OF YOUR EMPLOYEES COVERED BY YOUR COLLECTIVE BARGAINING AGREEMENT WITH DISTRICT COUNCIL NO 14. IF ANY OF THE EMPLOYEES LISTED BELOW ARE NO LONGER IN YOUR EMPLOY PLEASE SHOW "TERM" IN THE HOUR COLUMN.
IF YOU HAVE EMPLOYEES COVERED BY THE COLLECTIVE BARGAINING AGREEMENT WHO ARE NOT LISTED BELOW PLEASE ADD THEIR NAMES AND SOCIAL SECURITY NUMBERS TO THE LIST AND INDICATE THEIR HOURS WORKED

PHONE NO. (815) 459-7001

ACCOUNT NO.

| EMPLOYEE'S NAME | LOCAL UNION | SOCIAL SECURITY NO. | TOTAL HOURS CURRENT MONTH | GROSS WAGES | PERIOD ENDING FOR THIS REPORT |
|---|---|---|---|---|---|
| AZARELA RYAN | | ___-__-___ | 106 | 2439.06 | |
| KUHL SEAN R. | 275 | 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 | 79 | 2796.60 | |
| CAGLE SHANE | 147 | 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 | 93.5 | 3496.80 | |
| FRANZ MARK H. | 194 | 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 | 109 | 4076.60 | |
| LISTMAN RAYMOND | 194 | 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 | 67 | 2371.80 | |
| LISTMAN RONALD J. | 194 | 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 | 82 | 3066.80 | |
| VAZQUEZ EDWIN | 463 | 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 | 79 | 2796.60 | |
| Portzen, Darryl | 191 / 337 | ___-58-6257 | 98 | 3469.20 | |
| Carlson, Michael | 521 | 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 | 88 | 3115.20 | |

Ryan Azareta 8Hrs school
out of 24 = .33   3 Hrs paid

Add 3 HRS

VERY IMPORTANT
USE "P" FORM FOR PAINTERS
USE "T" FORM FOR TAPERS
USE "33" FORM FOR LOCAL 33
USE "W" FORM FOR WOODFINISH
USE "S" FORM FOR SIGN PAINT

This Report must reflect all hours worked, both regular and overtime, during the reported month. Submit to Fund Office on or before the 20th day of the month

Social Security numbers shown must be correct

| | | TOTAL HOURS THIS REPORT | 801.5 | 27628.76 | |

Mail checks to: Chicago Painters & Decorators Funds • 3182 Paysphere Circle • Chicago, Illinois 60674-3182
NOTE: LEGAL REQUIREMENTS MAKE NECESSARY SEPARATE CHECKS FOR EACH FUND.

PLEASE MAKE CHECKS PAYABLE TO EACH FUND SEPARATELY

| | HOURS | RATE | | TOTAL |
|---|---|---|---|---|
| CHICAGO PAINTERS AND DECORATORS WELFARE FUND | 804.5 @ | 6.550 | per hour | 5269.48 |
| CHICAGO PAINTERS AND DECORATORS PENSION FUND | 804.5 @ | 7.400 | per hour | 5953.30 |
| CHICAGO PAINTERS AND DECORATORS SAVINGS FUND | 801.5 @ | 1.000 | per hour | 801.5 |
| CHICAGO PAINTERS AND DECORATORS J.A.T.C. FUND | 804.5 @ | .520 | per hour | 418.34 |
| INDUSTRY ADVANCEMENT FUND | 804.5 @ | .110 | per hour | 88.50 |
| CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND | 804.5 @ | .050 | per hour | 40.23 |
| JOINT COOPERATION TRUST FUND | 804.5 @ | .010 | per hour | 8.05 |
| L.P.C. LOCAL POLITICAL COMMITTEE | 801.5 @ | .050 | $.05 per hour | 40.08 |
| PAINTERS DISTRICT ... | 27628.76 | 2.00% | 2% gross wages | 552.58 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all workmen in its employ represented for collective bargaining by Painters District Council No 14 and its constituent locals in addition, the employer hereby agrees to be bound to the terms of the current Collective Bargaining Agreement between Painters District Council No 14, and the relevant Multi-Employer Associations. Further, the undersigned expressly accepts and agrees to be bound by the Trust Agreements governing the Chicago Painters and Decorators Welfare, Pension, Deferred Savings, Joint Apprentice, Industry Advancement, Scholarship and Joint Cooperation Trust Funds and accepts all of the terms thereof with the intention of providing benefits to its workmen.

BY _Wendy Strattin_ (signature)   DATE 10-11-2007

FROM OBA MIDWEST Fax:630-789-2763 Jul 22 2008 15:33 P.11
(MON)JUL 21 2008 11:51/ST. 11:49/No. 7500000892 P 11
NOV-1-2007 04:22P FROM:DRYWALL SYSTEMS RESI 8154597004 TO:13123410438 P.3

## CHICAGO PAINTERS AND DECORATORS

WELFARE · PENSION · DEFERRED SAVINGS · J.A.T.C. · I.A.F. · SCHOLARSHIP · J.C.T.F. · PAINTERS' DISTRICT COUNCIL #14 DUES CHECK-OFF

1000 BURR RIDGE PARKWAY · SUITE 200 · BURR RIDGE, IL 60527 · 630-980-5572 1-630-960-5572

DRYWALL SYSTEMS RESIDENTIAL INC
471 JENNINGS DRIVE
UNIT B
LAKE IN HILLS, IL 60102-1660

TO THE EMPLOYER LISTED BELOW ARE THE NAMES AND SOCIAL SECURITY NUMBERS OF YOUR EMPLOYEES COVERED BY YOUR COLLECTIVE BARGAINING AGREEMENT WITH DISTRICT COUNCIL NO 14. IF ANY OF THE EMPLOYEES LISTED BELOW ARE NO LONGER IN YOUR EMPLOY PLEASE SHOW "TERM" IN THE HOUR COLUMN.
IF YOU HAVE EMPLOYEES COVERED BY THE COLLECTIVE BARGAINING AGREEMENT WHO ARE NOT LISTED BELOW PLEASE ADD THEIR NAMES AND SOCIAL SECURITY NUMBERS TO THE LIST AND INDICATE THEIR HOURS WORKED

(815) 459-7001      23881      1

| EMPLOYEE'S NAME | LOCAL UNION | SOCIAL SECURITY NO. | TOTAL HOURS CURRENT MONTH | GROSS WAGES | | | |
|---|---|---|---|---|---|---|---|
| DELGADO RAFAEL | 521 | 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 | 58 | 2053.20 | 09 | 30 | 20 |
| MUNIZ, JR. JAVIER | 194 | 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 | 0 | | | | |
| OLIVA ANNER ROEL | 521 | 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 | 51 | 1805.40 | | | |
| OLIVA CESAR A. | 180 | 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 | 51 | 1805.40 | | | |
| SALGADO EFRAIN | 275 | 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 | 61 | 2159.40 | | | |
| SALGADO HERNESTO | 275 | 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 | 60 | 2124.00 | | | |
| SANTOS LUIS | 911 | 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 | 8 | 226.56 | | | |

This Report must reflect all hours worked, both regular and overtime, during the month reported. Submit to Fund Office on or before the 20th day of the month.

IF NO EMPLOYEES WORK DURING THIS MONTH MARK NONE

☐ NONE

TOTAL HOURS THIS REPORT 289   10173.96

Mail checks to: Chicago Painters & Decorators Funds · 3182 Paysphere Circle · Chicago, Illinois 60674
NOTE: LEGAL REQUIREMENTS MAKE NECESSARY SEPARATE CHECKS FOR EACH FUND.

PLEASE MAKE CHECKS PAYABLE TO EACH FUND SEPARATELY

| | HOURS | RATE | TOTAL |
|---|---|---|---|
| CHICAGO PAINTERS AND DECORATORS WELFARE FUND | 289 @ | 6.550 per hour | 1892.95 |
| CHICAGO PAINTERS AND DECORATORS PENSION FUND | 289 @ | 7.400 per hour | 2138.60 |
| CHICAGO PAINTERS AND DECORATORS SAVINGS FUND | 289 @ | 1.000 per hour | 289.00 |
| CHICAGO DRYWALL FINISHERS APPREN. TRAINING COMMITTEE | 289 @ | .510 per hour | 147.39 |
| CHICAGO DRYWALL FINISHERS INDUSTRY ADVANCEMENT FUND | 289 @ | .030 per hour | 8.67 |
| CHICAGO DRYWALL EDUCATION & SCHOLARSHIP FUND | 289 @ | .030 per hour | 8.67 |
| GYPSUM DRYWALL TAPERS COOPERATION TRUST FUND | 289 @ | .050 per hour | 14.45 |
| L.P.C. LOCAL POLITICAL COMMITTEE | 289 @ | .050 $.05 per hour | 14.45 |
| PAINTERS DISTRICT COUNCIL #14 DUES CHECK-OFF | Total Gross Wages 10173.96 | 2% Gross Wages Total x 2% Rate | 203.48 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all workmen in its employ represented for collective bargaining by Painters District Council No. 14 and its constituent Locals. In addition, the employer hereby agrees to be bound to the terms of the current Collective Bargaining Agreement ever between Painters District Council No. 14 and the relevant Multi-Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust Agreement governing the Chicago Painters and Decorators Welfare, Pension, Deferred Savings, Joint Apprentice, Industry Advancement, Scholarship and Joint Cooperation Trust Funds, and accepts all of the terms thereof with the intention of providing benefits to its workmen.

_(signature)_   DATE 10-01-07

Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, <br> Plaintiffs, <br><br> vs. <br><br> DRYWALL SYSTEMS RESIDENTIAL, INC., an Illinois corporation, <br> Defendant. | ) <br> ) <br> ) <br> )   08 C 2406 <br> ) <br> )   Judge Lefkow <br> ) <br> )   Magistrate Judge Nolan <br> ) <br> ) |

JUDGMENT ORDER

This cause, coming to be heard upon Plaintiffs' Motion for Order of Default and for Judgment in a Sum Certain, all parties having notice,

IT IS HEREBY ORDERED THAT:

A. The Defendant is in default.

B. Final judgment is entered in favor of Plaintiffs and against the defendant DRYWALL SYSTEMS RESIDENTIAL, INC., in the amount of $80,932.32. The judgment amount is limited to amounts owed based on reports for the period from July 1, 2007 through September 30, 2007.

C. This order does not prohibit the Plaintiffs from bringing a separate action for an audit for the period beginning April 1, 2007 and thereafter and to recover any amounts that may be owed in addition to those owed in paragraph B, above.

Enter: _____
Hon. Joan Humphrey Lefkow

Date: _____

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312)236-0415