IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, )<br>)<br>)                     Plaintiffs, )<br>)<br>v.                                      )<br>)<br>DRYWALL SYSTEMS RESIDENTIAL, INC., )<br>An Illinois corporation               )<br>                    Defendants. ) | No. 08 C 2406<br><br>Judge Lefkow<br><br>Magistrate Judge Nolan |

### NOTICE OF MOTION

TO:  Drywall Systems Residential, Inc.  
c/o its registered agent, Jean M. Vicere  
471 Jennings Drive, Unit G  
Cary, IL 60102  

James Fox  
471 Jennings Drive, Unit G  
Cary, IL 60102  

Peter Faraci  
301 W. Touhy  
Park Ridge, IL 60068  

**PLEASE TAKE NOTICE** that on **August 26, 2008 at 9:30 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Judge Lefkow**, in the **Courtroom 1925** usually occupied by him/her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Plaintiffs' Motion for Order of Default and for Judgment in a Sum Certain.

Respectfully submitted,

TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, AND DEFERRED SAVINGS PLAN TRUST FUNDS,

By: s/ James R. Anderson  
One of their Attorneys

DONALD D. SCHWARTZ  
JAMES R. ANDERSON  
ANTHONY B. SANDERS  
ARNOLD AND KADJAN  
19 West Jackson Blvd.  
Chicago, IL 60604  
(312) 236-0415

## CERTIFICATE OF SERVICE

      I hereby certify that on August 14, 2008 I electronically filed the foregoing Notice of Motion and Plaintiffs' Motion for Order of Default and for Judgment in a Sum Certain with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid and via facsimile.

| | |
|---|---|
| Drywall Systems Residential, Inc.<br>c/o its registered agent, Jean M. Vicere<br>471 Jennings Drive, Unit G<br>Cary, IL 60102 | James Fox<br>471 Jennings Drive, Unit G<br>Cary, IL 60102 |
| Peter Faraci<br>301 W. Touhy<br>Park Ridge, IL 60068 | |

                                                **s/James R. Anderson**
                                                ARNOLD AND KADJAN
                                                19 W. Jackson Blvd., Suite 300
                                                Chicago, IL 60604
                                                Telephone No.: (312) 236-0415
                                                Facsimile No.: (312) 341-0438
                                                Dated: August 14, 2008